# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**COOPERMILL MANOR, LP,**

      **Plaintiff,**                        Case No. 2:25-cv-1
                                           Judge Edmund A. Sargus, Jr.
      v.                                Magistrate Judge Kimberly A. Jolson

**HOUSING ENTERPRISE INSURANCE COMPANY, INC.,**

      **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings Pending Outcome of Appraisal. (Mot., ECF No. 5.) Plaintiff Coopermill Manor, LP, and Defendant Housing Enterprise Insurance Company, Inc., disagree over the amount of loss and the extent of damage caused to buildings in Coopermill's housing apartment complex caused by a weather event on May 3, 2022. (*Id.*, PageID 480.) The Parties move the Court under Rule 16(b) of the Federal Rules of Civil Procedure to stay all proceedings in the case until May 15, 2025. (*Id.*) The stay permits the Parties to participate in a contractually mandated appraisal under an applicable insurance policy to determine the amount of loss. (*Id.*) The Parties believe the appraisal will take at least 150 days to complete. (*Id.*, PageID 483.)

The Court finds the Parties' request for a stay is appropriate under the circumstances. The Court **GRANTS** the Parties' Joint Motion to Stay Proceedings Pending Outcome of Appraisal. (ECF No. 5.) All proceedings in this case are **STAYED** until **May 15, 2025**. The Parties are **DIRECTED** to file notice with this Court **on or before May 15, 2025,** regarding the status of the appraisal and whether they seek an extension of the stay. The due date for Defendant's answer or pleading in response to Plaintiff's Complaint will be 21 days after the stay is lifted.

This case remains open.

**IT IS SO ORDERED.**

| | |
|---|---|
| **1/14/2025** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |