# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**COOPERMILL MANOR, LP,**

       **Plaintiff,**                             Case No. 2:25-cv-1
                                                    Judge Edmund A. Sargus, Jr.
       v.                                       Magistrate Judge Kimberly A. Jolson

**HOUSING ENTERPRISE INSURANCE COMPANY, INC.,**

       **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Notice and Petition for Additional Time for Stay Pending Outcome of Appraisal. (ECF No. 10.) Plaintiff Coopermill Manor, LP and Defendant Housing Enterprise Insurance Company, Inc. disagree over the amount of loss and the extent of damage to buildings in Coopermill's housing apartment complex caused by a weather event on May 3, 2022. (ECF No. 5, PageID 480.) In January 2025, the Parties moved under Rule 16(b) of the Federal Rules of Civil Procedure to stay all proceedings in the case until May 15, 2025. (*Id.*) The Court granted the motion and ordered all proceedings stayed until that date. (ECF No. 6.) The Parties moved for an extension of the stay (ECF No. 8), and the Court extended the stay until August 13, 2025 (ECF No. 9).

The Parties now move the Court to extend the stay again until October 13, 2025, to allow the appraisal panel more time to complete the appraisal process. (ECF No. 10.) The Court finds the Parties' request for a stay is appropriate under the circumstances.

The Court **GRANTS** the Parties' Joint Notice and Petition for Additional Time for Stay Pending Outcome of Appraisal. (ECF No. 10.) All proceedings in this case are **STAYED** until **October 13, 2025**. The Parties are **DIRECTED** to file notice with the Court **on or before October**

**13, 2025,** regarding the status of the case. The due date for Defendant's answer or pleading in response to Plaintiff's Complaint will be 21 days after the stay is lifted.

    **IT IS SO ORDERED.**

**8/13/2025**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**